```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**RAYMOND SETZKE**                                                           **PLAINTIFF**

      v.              No. 10-5199

**JOHNATHAN THREET, Prosecuting Attorney;**
**TERRA STEPHENSON, Assistant Prosecuting Attorney;**
**SHERIFF TIM HELDER; and DEPUTY STEVE WHITMILL**     **DEFENDANTS**

O R D E R

NOW on this 10th day of February 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 17), to which no objections have been filed. The Court, having carefully reviewed the Magistrate Judge's Report and Recommendation, finds that it is sound in all respects and that the same should be, and it hereby is, **adopted *in toto***.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 17) **is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the **Prosecutor Defendants' Motion to Dismiss (Doc. 15)** is hereby **GRANTED** and plaintiff's claims against defendants **JOHNATHAN THREET and TERRA STEPHENSON** are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE