IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RAYMOND SETZKE**                                                                                          **PLAINTIFF**

      v.            No. 10-5199

**SHERIFF TIM HELDER;**
**and DEPUTY STEVE WHITMILL**                                                                   **DEFENDANTS**

**O R D E R**

Now on this 29th day of May, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 27), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 27) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **Dismissed With Prejudice** for failure to appear at his scheduled deposition, failure to comply with a court order and failure to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendants are directed to submit their costs associated with the aborted deposition for consideration by the Court.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT COURT